IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
V. ) CASE NO. CR594-02
)
BENJAMIN FRANKLIN HOBBS, ET AL. )

ORDER

The above captioned case filed in the Waycross Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable R. Stan Baker for further plenary disposition.

SO ORDERED, this 5th day of March, 2019.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia

